1  BUCHALTER NEMER
   A Professional Corporation
2       RICHARD C. DARWIN (SBN: 161245)
   333 Market Street, 25th Floor
3  San Francisco, CA 94105-2126
   Telephone: (415) 227-0900
4  Facsimile: (415) 227-0770
   Email: rdarwin@buchalter.com
5
   Attorneys for Defendants
6  CUMULUS MEDIA, INC. and CUMULUS
   BROADCASTING, INC.
7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT HAEFNER, an individual<br><br>Plaintiff,<br><br>vs.<br><br>CUMULUS MEDIA, INC., a Delaware corporation, CUMULUS BROADCASTING INC., a Nevada corporation, SCOTT SPRINGER, an individual, and DOES 1-10, inclusive, ,<br><br>Defendants. | Case No. C 08-4617 PJH<br><br>**STIPULATION FOR VOLUNTARY DISMISSAL** |

IT IS HEREBY STIPULATED by and between plaintiff Scott Haefner and defendants Cumulus Media, Inc. and Cumulus Broadcasting, Inc., by and through their respective counsel of record, that the above-captioned action, and all claims asserted therein, be and hereby is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(1). Each of said parties to bear its/his/her own costs and attorney's fees.

DATED: May 21, 2009

BUCHALTER NEMER
A Professional Corporation

By: _____
RICHARD C. DARWIN
Attorneys for Defendants CUMULUS
MEDIA, INC. and CUMULUS
BROADCASTING, INC.

DATED: May 22, 2009

By: _____
TIMOTHY WALTON
Attorneys for Plaintiff SCOTT HAEFNER

IT IS SO ORDERED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5/26/09

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
SAN FRANCISCO

BN 1303457v1

2

C 08-4617 PJH

STIPULATION FOR VOLUNTARY DISMISSAL

Received    May-22-09   01:15pm     From-(650) 618-8687      To-Buchalter Nemer SF      Page 003